Case 9:25-cv-00205-KLD   Document 3   Filed 12/05/25   Page 1 of 5

FILED
11/10/2025
*Tricia Brooks*
CLERK
Lincoln County District Court
STATE OF MONTANA
By: Amanda Eckart
DV-27-2025-0000235-IL
Cuffe, Matthew
1.00

Brian M. Joos
GERSH, SIMPSON & JOOS, PLLP
121 Wisconsin Avenue
Whitefish, MT 59937
(406) 862-7800

Attorneys for Plaintiff

## MONTANA NINETEENTH JUDICIAL DISTRICT COURT
## LINCOLN COUNTY

| | |
|---|---|
| GERSH, SIMPSON & JOOS, PLLP,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CHARLES RICHARD; WILDERNESS PRESERVE CANADIAN FOUNDERS LIMITED PARTNERSHIP; WILDERNESS PRESERVE CANADIAN LIMITED PARTNERSHIP; MCNAIN HOLDINGS LP; JAY ROBERT BLAKE; and NAOMI MONICA BLAKE.<br><br>　　　　　　　Defendants. | Cause No. _____<br><br>**COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF** |

COMES NOW the Plaintiff, Gersh, Simpson & Joos, PLLP, and files its Complaint for Interpleader and Declaratory Relief against Defendants as follows:

1. Pursuant to Rule 22, M.R.Civ.P., and § 25-8-101 et seq., MCA, Plaintiff brings this interpleader action as a result of the parties' competing claims to funds being held in its trust account, which funds were issued to Plaintiff's client Wilderness Preserve US LP as part of the sale of the Wilderness Club resort in Lincoln County, Montana.

2. Plaintiff Gersh, Simpson & Joos, PLLP is a Montana Professional Limited Liability Partnership with its principal place of business in Flathead County, Montana.

3. Defendant Charles Richard, upon information and belief, is a natural person, a resident and citizen of the State of Illinois and a Limited Partner of Wilderness Preserve US LP.

4. Defendant Wilderness Preserve Canadian Founders Limited Partnership, upon information and belief, is a foreign limited partnership registered with the Montana Secretary of State and the General Partner of Wilderness Preserve US LP.

5. Defendant Wilderness Preserve Canadian Limited Partnership, upon information and belief, is a foreign limited partnership and a Limited Partner of Wilderness Preserve US LP.

6. Defendant McNain Holdings LP, upon information and belief, is an Arizona Limited Partnership.

7. Defendants Jay Robert Blake and Naomi Monica Blake, upon information and belief, are residents and citizens of Canada.

8. Plaintiff holds in trust the sum of $1,511,966.31, which funds were issued to Wilderness Preserve US LP as part of the sale of the Wilderness Club resort in Lincoln County, Montana.

9. Each party to this action is claiming now, or may claim in the future, an interest in said funds.

10. Plaintiff claims an interest in $24,339.60 as unpaid attorney's fees and costs which were incurred during its representation of its client Wilderness Preserve US LP in the matter of *McNain & Blake v. Wilderness Preserve US LP*, Lincoln County Cause No. DV-27-2023-0000158-BC, and which remain unpaid.

11. Defendants McNain Holdings LP, Jay Robert Blake, and Naomi Monica Blake claim an interest in $609,864.76, plus interest, by virtue of the Final Judgment issued in the matter of *McNain & Blake v. Wilderness Preserve US LP*, Lincoln County Cause No. DV-27-2023-0000158-BC, which Final Judgment is now on appeal as Supreme Court of Montana Cause No. DA-25-0686.

12. Defendant Charles Richard claims an interest in the funds as demonstrated by his Complaint filed in the matter of *Charles Richard v. Wilderness Preserve US LP, et al.*, Lincoln County Cause No. DV-27-2025-0000204-OC. Upon information and belief, Mr. Richard claims damages against Wilderness Preserve US LP in an amount that exceeds $1,511,966.31.

13. Defendants Wilderness Preserve Canadian Founders Limited Partnership and Wilderness Preserve Canadian Limited Partnership may claim an interest in the funds by virtue of being partners in Wilderness Preserve US LP, to whom the funds were issued.

14. By reason of these conflicting claims of the parties, Plaintiff is in great doubt as to which party or parties is entitled to be paid and in which amounts.

15. The Court has jurisdiction over these funds and venue is proper in Lincoln County because the funds were issued to Plaintiff's client Wilderness Preserve US LP as part of the sale of the Wilderness Club resort which is located in Lincoln County, Montana; because the claims of Defendants Charles Richard, McNain Holdings LP, Jay Robert Blake, and Naomi Monica Blake are based upon actions filed in Lincoln County, Montana; and because the rights and obligations of Wilderness Preserve Canadian Founders Limited Partnership, Wilderness Preserve Canadian Limited Partnership, and Charles Richard arising under the Wilderness Preserve US LP partnership agreement

were all associated with the Wilderness Club resort in Lincoln County, Montana and therefore were to be performed in Lincoln County, Montana.

WHEREFORE, Plaintiff prays for the Court to adjudge as follows:

1. That the Court issue an order authorizing and directing Plaintiff to pay into the registry of this Court the sum of $1,511,966.31, the amount of money Plaintiff holds in trust which was issued to its client Wilderness Preserve US LP;

2. That the Court issue an order declaring that upon deposit of the $1,511,966.31 into the registry of this Court, that Plaintiff shall be discharged from any and all liability to Defendants associated in any way with such funds;

3. That the Court issue an order declaring that the Defendants are restrained from instituting any action against Plaintiff for the recovery of funds belonging to or owing from Wilderness Preserve US LP;

4. That the Court order and command each and every one of the Defendants to interplead and participate in the Court's determination regarding the parties' rights and claims to the amount being interplead;

5. That the Court shall determine to which of the parties and in which amounts the $1,511,966.31 must be distributed and order that such distribution take place; and

6. For such other and further relief as is appropriate under equity or applicable law.

1  DATED this 10th day of November, 2025.

2                                                         GERSH, SIMPSON & JOOS, PLLP

By: /s/ Brian M. Joos
    Brian M. Joos
    Attorneys for Plaintiff