IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GERSH, SIMPSON & JOOS, PLLP,<br><br>Plaintiff,<br><br>vs.<br><br>WILDERNESS PRESERVE CANADIAN FOUNDERS LIMITED PARTNERSHIP, WILDERNESS PRESERVE CANADIAN LIMITED PARTNERSHIP, MCNAIN HOLDINGS LP, JAY ROBERT BLAKE, and NAOMI MONICA BLAKE,<br><br>Defendants. | CV 25-205-M-KLD<br><br>ORDER |

Plaintiff and Defendants McNain Holdings LP, Jay Robert Blake, and Naomi Monica Blake filed a Stipulation to Disburse Funds and Dismiss Case. (Doc. 45). The parties request that this Court disburse funds pursuant to a stipulation filed in the underlying state court action (Doc. 45-1) and dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. Defendants Wilderness Preserve Canadian Founders Limited Partnership and Wilderness Preserve Canadian Limited Partnership take no position on this matter. Accordingly, and good cause appearing,

IT IS ORDERED that the Clerk of District Court for Lincoln County, Montana, is Ordered to pay from the Fund on deposit in its registry with respect to Lincoln County Cause No. DV-27-2025-0000235-IL, the amounts and to the parties as follows:

a. $33,945.12 to the "Trust Account of Taylor Nicastro Browne, LLC" (the McNains' and Blakes' counsel); and

b. the balance to Brian Ehlert.

IT IS FURTHER ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

The Clerk of Court is directed to close the case file.

DATED this 24th day of September, 2026.

Kathleen L. DeSoto
United States Magistrate Judge